## MONTGOMERY COUNTY v. GORMAN.

Bastardy proceedings: JURISDICTION. *The State* v. *Cook*, 31 Iowa, 519, holding that the circuit court has jurisdiction of bastardy proceedings followed.

*Appeal from Montgomery Circuit Court.*

THURSDAY, JULY 25.

THIS is a proceeding upon the complaint of the mother of a bastard child, charging defendant with being its father and claiming to recover for its support. Defendant demurred to the complaint on the ground that the circuit court has no jurisdiction of cases of this kind. The demurrer was overruled and defendant appeals.

*Beeson & McPherson* for the appellant.

*J. C. Cooper* for the appellee.

BECK, Ch. J. — The precise question presented in this case was decided by this court in *The State* v. *Cook*, 31 Iowa, 519, in which we held that jurisdiction in cases of this kind, belongs to the circuit and not to the district courts. Following that decision the judgment of the circuit court in this case is

Affirmed.